THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* SAMUEL D. ROBINSON, Defendant-Appellant.

(No. 56537; ■■■■■■■

First District—May 11, 1972.

■■■■■

Opinion by Mr. PRESIDING JUSTICE McGLOON.

Stuart R. Cohn, and Devoe, Shadur, Plotkin, Krupp & Miller, both of Chicago, for appellant.

William J. Scott, Attorney General, of Springfield, and Edward V. Hanrahan, State's Attorney, of Chicago, (James B. Zagel, Assistant Attorney General, and Robert A. Novelle and Henry Hauser, Assistant State's Attorneys, of counsel,) for the People.